**ANSA ASSUNCAO, LLP**
(A Pennsylvania Limited Liability Partnership)
Two Tower Center Blvd., Suite 1600
East Brunswick, New Jersey 08816
T: 732-993-9850
F: 732-993-9851

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HENNA CARDENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPINNAKER RESORTS, INC., a Florida Corporation,<br><br>Defendant. | Civil Action No.: 2:16-cv-02466 (JLL) (JAD)<br><br><br>**NOTICE OF MOTION**<br><br><br>**Motion Return Date: July 3, 2017** |

TO:  All Counsel of Record in Above-Captioned Matter

**PLEASE TAKE NOTICE** that on Monday, July 3, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Spinnaker Resorts, Inc., shall apply before the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing the Plaintiff's putative Class Action Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

**PLEASE TAKE FURTHER NOTICE** that Defendant Spinnaker Resorts, Inc. shall rely upon the accompanying Declaration and Supplemental Declaration of Basil W. Matthews, Declaration of Steven F. Gooby, and Memorandum of Law in support of this Motion;

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is also submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: June 9, 2017                                   Respectfully submitted,

*/s/ Steven F. Gooby*
Robert A. Assuncao
(robert.assuncao@ansalaw.com)
Steven F. Gooby
(steven.gooby@ansalaw.com)
**ANSA ASSUNCAO, LLP**
Two Tower Center Blvd., Suite 1600
East Brunswick, New Jersey 08816
T: 732-993-9850
F: 732-993-9851

*Attorneys for Defendant
Spinnaker Resorts, Inc.*