UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HENNA CARDENAS, *individually and on behalf of a putative class*,

Plaintiffs,

v.

SPINNAKER RESORTS, INC.,

Defendant.

Civil Action No.: 16-2466 (JLL)

**ORDER**

This matter comes before the Court by way of Defendant Spinnaker Resorts, Inc.'s Motion to Dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction. (ECF No. 25). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 3rd day of August, 2017

**ORDERED** that Defendant Spinnaker Resorts, Inc.'s Motion to Dismiss (ECF No. 25) is hereby GRANTED; and it is further

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is hereby dismissed; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter closed.

JOSE L. LINARES
Chief Judge, United States District Court